## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 6, 2012

No. 10-50382
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WALTER LEONARDO,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:09-CR-1079-1

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Supreme Court vacated the judgment and remanded the case for further consideration in light of *Tapia v. United States*, 564 U.S. ___, 131 S. Ct. 2382 (2011). The statement of the district judge at sentencing does support the contention that a longer sentence was given for medical care and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the law is clear now that this was error.  We therefore vacate the sentence and remand for resentencing.

Sentence VACATED; REMANDED for resentencing.